# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2383.  BROWN v. THE STATE.**

This appeal was docketed in this Court on August 9, 2013.  The Appellant's brief, including enumerations of error, was due to be filed no later than August 29, 2013.  Court of Appeals Rule 23 (a).  Proceeding pro se, Appellant filed a motion on August 29, 2013 requesting an extension of time to file his brief and enumerations of error.  This Court thereafter entered an order granting Appellant an extension of time and ordering that Appellant's brief be filed by no later than September 24, 2013.  The September 24, 2013 deadline has now passed, and Appellant has failed to file a brief or enumerations of error.  Accordingly, the above-captioned appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 10/04/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*